# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JOHN ANDREOPOULOS,

Appellant,

v.

LILIANA ANDREOPOULOS,

Appellee.

No. 2D22-3316

_____

December 20, 2023

Appeal from the Circuit Court for Pinellas County; David R. Ellis, Judge.

Stanford R. Solomon and Laura H. Howard of The Solomon Law Group, P.A., Tampa, for Appellant.

Brandon S. Vesely and Shannon Troutman of The Florida Appellate Firm, P.A., St. Petersburg, for Appellee.

PER CURIAM.

Affirmed.

LaROSE, KHOUZAM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.